

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

April 22, 2020

**BY EMAIL**
Honorable Paul E. Davison
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

      Re:    *United States* v. *Nicholas Skulstad*, 21 Mag. 3766

Dear Judge Davison:

      The Government respectfully requests that the Court unseal the Complaint in the above-captioned case.

So ordered 4/23/21

*[signature]*

Respectfully submitted,

AUDREY STRAUSS
United States Attorney

By:   /s/
      Samuel Adelsberg / Elinor Tarlow
      Assistant United States Attorneys
      Tel: (212) 637-2494/1036